UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────

UNITED STATES OF AMERICA,

       v.                                             13-CR-80-V

TYSHAWN BRADLEY, et al.,

                Defendants.

───────────────────────────────

## **PROTECTIVE ORDER**

The government filed a motion requesting authorization to file its witness list[1] under seal and for a Protective Order with respect to 3500 material and pre-trial submissions, which will be provided to counsel for the defendants proceeding to trial on January 7, 2016.  No opposition to that motion has been filed.

**NOW**, upon consideration of the government's motion, it is

**ORDERED** that the government may file its witness list and its 3500 exhibit list under seal; and it is further

**ORDERED** that counsel for the defendants shall not make or provide copies of

---

[1] The government has informally requested that its motion for a protective order be amended to include a request for authorization to file its 3500 exhibit list under seal.  In support of its request, the government relies on the same reasons set forth in its motion (Dkt. #370) and the supporting affidavit filed under seal.  In the interests of judicial efficiency, the government's informal request to amend the instant motion for a protective order is granted.

the 3500 material, the Giglio information, the government's pre-trial memorandum, the government's witness list, the government's 3500 exhibit list, and/or the government's exhibit list for the defendants or any third-parties, unless the disclosure is necessary for trial preparation; and it is further

**ORDERED** that counsel for the defendants shall use the 3500 material, the Giglio information, the government's pre-trial memorandum, the government's witness list, the government's 3500 exhibit list, and the government's exhibit list solely for the purposes of trial preparation and trial; and it is further

**ORDERED** that counsel for the defendants shall return all 3500 material and Giglio information to the government at the close of trial, except for those documents that are received in evidence; and it is further

**ORDERED** that counsel for the defendants shall maintain copies of the government's pre-trial memorandum, the government's witness list, the government's 3500 exhibit list, and/or the government's exhibit list only in the attorney's file and shall not provide copies to the defendants or any third parties upon the conclusion of the trial.

DATED:   December 4, 2015.
         Buffalo, New York

                                        *s/ Lawrence J. Vilardo*
                                        LAWRENCE J. VILARDO
                                        UNITED STATES DISTRICT JUDGE

2